# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Tara Mikenas, | Case No. 2:23-cv-00987-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department, | |
| Defendant. | |

This matter is before the Court on *pro se* Plaintiff Tara Mikenas' application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 8). The Court previously denied Plaintiff's application, noting that it was incomplete. (ECF No. 7). In that order, the Cout required that "[a]ny renewed application must also list all of Plaintiff's monthly expenses in response to question 6 (or explain if all of her expenses are included in the $1,300 housing expense she listed)." (*Id.*).

Plaintiff's renewed application is still incomplete. Plaintiff lists that she makes monthly wages, but does not explain whether she is employed or provide her employer's name and address as required by question 2. Plaintiff also lists that her housing expenses total $1,000 per month, but still does not list each of those expenses or explain if all of her expenses are included in the $1,000 per month.

The Court will thus deny Plaintiff's application and provide her one last opportunity to file a complete application. Any renewed application must not leave any questions blank and, if the question is not applicable to Plaintiff, Plaintiff must explain why. Plaintiff shall have thirty days to file a renewed application.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 8) is **denied without prejudice.**

1  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **March 27, 2024** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1[1]; or (2) pay the full $402 filing fee, which includes the $350 filing fee plus the $52 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that her case be dismissed.**

DATED: February 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/