# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| Tara Mikenas,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Las Vegas Metropolitan Police Department,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00987-GMN-DJA<br><br>**Report and Recommendation** |

After the Court denied Plaintiff's application to proceed *in forma pauperis*, the Court ordered Plaintiff to file an application or pay the filing fee on or before March 27, 2024. (ECF No. 9). In that order, the Court explained that "Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that her case be dismissed." (*Id.* at 2). To date, Plaintiff has not filed anything further in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiff.

## NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the

order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: April 12, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE