1

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3

4

5

6

7

8

| | |
|---|---|
| TARA MIKENAS,             ) | |
|          ) | |
|       Plaintiff,    ) | Case No.: 2:23-cv-00987-GMN-DJA |
|    vs.           ) | |
|          ) | **ORDER ADOPTING R&R** |
| LAS VEGAS METROPOLITAN POLICE  ) | |
| DEP'T.,          ) | |
|          ) | |
|      Defendant.  ) | |

9

10

11

      Pending before the Court is the Report and Recommendation (R&R), (ECF No. 10), of United States Magistrate Judge Daniel J. Albregts, which recommends the Court dismiss Plaintiff's case without prejudice.

12

13

14

15

16

17

18

19

20

21

22

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

23

24

25

      Here, no objections to the R&R were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 10) (noting 14-day deadline) (entered on April 12, 2024).  The Court therefore ADOPTS the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 10), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED without prejudice**. The Court kindly instructs the Clerk's Office to close this case.

Dated this __30_ day of April, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court